S. D. CREEL and his wife, OVEIDO CREEL, *Appellants*, vs. R. S. ABERNETHY, *Appellee*.

136 So. 229.

Division A.

Opinion filed July 11, 1931.

*Zewadski & Pierce,* for Appellants;
*Don Register,* for Appellee.

PER CURIAM.—The transcript of the record in this case has no index attached thereto, as is required by the Rules.

The assignments of error present only the question of the correctness of the findings and decree of the chancellor based on question of fact.

There appears in the record substantial evidence to support the decree appealed from and, therefore, such decree should be affirmed. It is so ordered.

Affirmed.

BUFORD, C.J., AND ELLIS AND BROWN, J.J., concur.